UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HRVOJE CRNECKI, as Father and Next Friend of LIAM BACH CRNECKI, a Minor, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) ) ) ) ) ) ) No. 18-cv-05364 ) ) ) ) |

**COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORTS CLAIMS ACT**

Plaintiffs, HRVOJE CRNECKI, as Father and Next Friend of LIAM BACH CRNECKI, a Minor, by and through their attorneys, TOMASIK KOTIN KASSERMAN, LLC, complaining of the Defendant, UNITED STATES OF AMERICA, and state as follows:

**INTRODUCTION**

1. This is an action against the UNITED STATES OF AMERICA under the Federal Tort Claims Act, 28 U.S.C. § 2671 for negligence in connection with medical care provided to LIAM BACH CRNECKI by GIOVANNI CURCIO, M.D. on August 29, 2015.

2. Plaintiffs have fully complied with the provisions of 28 U.S.C. § 2675 of the Federal Tort Claims Act.

3. This case has been settled with the UNITED STATES OF AMERICA. Plaintiffs bring this case to facilitate the minor's settlement.

**PARTIES, JURISDICTION, AND VENUE**

4. Plaintiffs are residents of Flower Mound, Texas.

5. Giovanni Curcio, M.D. was acting within the scope of employment at Visiting Nurse Association of Fox Valley ("VNA Health Center") with respect to the incidents addressed in this

Complaint. The VNA Health Center is a private entity that receives grant money from the Public Health Service pursuant to 42 U.S.C. § 233.

6.     United States of America is an appropriate defendant under the Federal Torts Claims Act.

## COUNT I - MEDICAL NEGLIGENCE

7.     On and before August 29, 2015, GIOVANNI CURCIO, M.D. was a physician duly licensed to practice medicine in the State of Illinois specializing in obstetrics and gynecology.

8.     On and before August 29, 2015, GIOVANNI CURCIO, M.D., practiced obstetrics and gynecology in Cook County at Westlake Community Hospital and Gottlieb Memorial Hospital.

9.     On August 28, 2015, Plaintiff, LIAM BACH CRNECKI was born at Adventist Bolingbrook Hospital and passed a normal newborn exam.

10.    On August 29, 2015, Plaintiff, LIAM BACH CRNECKI underwent a circumcision procedure using a clamp performed by GIOVANNI CURCIO, M.D. at Adventist Bolingbrook Hospital.

11.    On August 29, 2015, during the circumcision procedure, GIOVANNI CURCIO, M.D., amputated a portion of LIAM BACH CRNECKI's penis.

12.    On and before August 29, 2015, GIOVANNI CURCIO, M.D., had the duty to possess and use the knowledge, skill, and care ordinarily used by a reasonably careful physician under similar circumstances.

13.    On and before August 29, 2015, GIOVANNI CURCIO, M.D., was negligent in the following respects:

      a.    Failed to adequately examine the glans (head) of the penis and foreskin for the presence of adhesions and synechiae prior to circumcision;

      b.    Failed to adequately remove adhesions and synechiae located between the foreskin and the glans (head) of the penis prior to the application of the clamp.

2

      c.      Failed to implement the appropriate surgical technique during the circumcision;

      d.      Failed to properly use the clamp in performing the circumcision;

      e.      Amputated the glans of the penis while using the clamp;

      f.      Failed to protect the penis from injury; and/ or

      g.      Cut tissue from a patient's body without first determining what he was cutting.

14. As a direct and proximate result of one or more of the aforesaid negligent acts or omissions of GIOVANNI CURCIO, M.D., Plaintiff, LIAM BACH CRNECKI, sustained injuries of a personal and pecuniary nature.

15. Under the Federal Torts Claims Act, defendant, UNITED STATES OF AMERICA, is liable for the above described actions of GIOVANNI CURCIO, M.D. because he was acting within the scope of employment at VNA Health Center which is a private entity that receives grant money from the Public Health Service pursuant to 42 U.S.C. § 233.

    WHEREFORE, Plaintiffs, HRVOJE CRNECKI, as Father and Next Friend of LIAM BACH CRNECKI, a Minor, request judgment against the Defendant, UNITED STATES OF AMERICA., in an amount of money in excess of the minimum amount required for jurisdiction in the United States District Court, Northern District of Illinois, Eastern Division.

                                        /s/ Timothy S. Tomasik
                                            One of Plaintiffs' Attorneys

Timothy S. Tomasik
Philip P. Terrazzino
Attorneys for Plaintiffs
TOMASIK KOTIN KASSERMAN, LLC
161 North Clark Street, Suite 3050
Chicago, Illinois 60601
(312) 605-8800
(312) 605-8808 Fax
Firm I.D. No. 56323